UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

|                          |   |                         |
|--------------------------|---|-------------------------|
| UNITED STATES OF AMERICA | : |                         |
|                          | : | ORDER                   |
| VS.                      | : |                         |
| DERRICK HAYES            | : |                         |
|                          | : | CR. NO. 13-399-01 (FLW) |
| Defendant                | : |                         |

 

The financial inability of the defendant to retain counsel having been established by the

Court, and the defendant not having waived the appointment of counsel,

It is on this 13th   day of  June, 2013,

ORDERED that  David Schafer, AFPD from the Office of the Federal Public Defender

for the District of New Jersey is  hereby appointed to represent said defendant in this cause until

further order of the Court.

 

 

**FREDA L. WOLFSON**
**UNITED STATES DISTRICT JUDGE**

cc:  Federal Public Defender